

**Adam I. Kleinberg**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x236
akleinberg@guerciolaw.com

October 14, 2024

**Via ECF**

Hon. Steven L. Tiscione
United States District Court
Eastern District of New York

    Re:  Salazar v. Drobbin
       Docket No. 2:24-06824 (ST)

Your Honor:

  We represent defendants Eileen Drobbin, Jayne Alterman s/h/a Jennifer Drobbin, and Douglas Drobbin in this matter.

  We write with plaintiff's counsel's consent to request an adjournment of time from October 21, 2024 to November 22, 2024 to respond to the complaint. In addition to our recent retention, I will be out of town from October 17-20, 2024, and the parties are discussing an amended complaint to identify Jayne Alterman as a defendant in place of Jennifer Drobbin.

  This is the first request for an extension of the deadline.

  Thank you for the consideration of this matter.

                Respectfully submitted,

                ADAM I. KLEINBERG

Cc:  All counsel of record (via ECF)